THE SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, a Corporation, v. RUBY McDANIEL.

190 So. 927
Opinion Filed August 1, 1939

*John H. Carter & John H. Carter, Jr.,* for Plaintiff in Error;

*James H. Finch* and *Amos Lewis,* for Defendant in Error.

PER CURIAM.—On rehearing granted, arguments were heard and the record and briefs have again been re-examined. We are shown no reason why our former opinion should be reversed or modified. It accordingly is reaffirmed on rehearing.

It is so ordered.

TERRELL, C. J., and WHITFIELD, BROWN and THOMAS, J. J., concur.

BUFORD and CHAPMAN, J. J., disqualified.